The People of the State of New York, Respondent, v. Edmund C. Buehler, Appellant.

Argued June 9, 1955; decided July 8, 1955.

*Leo E. Sherman* for appellant.

*Frank S. Hogan, District Attorney (Paul A. Stone, Charles W. Manning* and *Sidney M. Fruhling* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.